# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2266
Lower Tribunal No. 17-8238

————————

**Luis Guadamuz, et al.,**
Appellants,

vs.

**Hayward Industries, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

GrayRobinson, P.A., and Gary M. Carman, Richard F. Danese, and Kristie Hatcher-Bolin (Lakeland), for appellants.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Richard Schevis, Assistant County Attorney, for appellee Miami-Dade County.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.